# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

JAN 2 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America

vs.

Adolfo Jesus Mendoza

)
)
)
)
)
)

Case No. 1:17-CR-00198-LJO-SKO-15

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,      Adolfo Jesus Mendoza    , have discussed with          Ryan Beckwith          , Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-22-18            _____  1-22-18
Signature of Defendant    Date                Pretrial Services Officer Services    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     1/22/18
Signature of Assistant United States Attorney    Date
Jeffrey A. Spivak

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     1/19/18
Signature of Defense Counsel                Date
Robert C. Lamanuzzi

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   1/22/2018   .

☐ The above modification of conditions of release is *not* ordered.

_____                     1/22/2018
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services