McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00198-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| ADOLFO MENDOZA, | DATE: November 18, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 18, 2019.

2. By this stipulation, defendant now moves to continue the November 18, 2019 hearing to January 27, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

 a) Counsel for defendant desires additional time to consult with his client, review the current documents, conduct investigation and prepare himself and his client for the sentencing hearing.

 b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        c)     Defendant is currently on pre-trial release and has not had any issues/violations while on pre-trial release. Defendant is currently employed.

        d)     The government does not object to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2019                        McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ JEFFREY A. SPIVAK
                                                  JEFFREY A. SPIVAK
                                                  Assistant United States Attorney

Dated: November 12, 2019                        /s/ Robert Lamanuzzi
                                                  Robert Lamanuzzi
                                                  Counsel for Defendant
                                                  ADOLFO MENDOZA
                                                  (as approved by email 11/12/2019)

**ORDER**

IT IS SO ORDERED.

Dated: **November 14, 2019**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE