MCGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00198-LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | DATE: January 27, 2020 |
| ADOLFO MENDOZA, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 27, 2020.

2. By this stipulation, defendant now moves to continue the January 27, 2020 hearing to April 17, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to consult with his client, review the current documents, conduct investigation and prepare himself and his client for the sentencing hearing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

STIPULATION TO CONTINUE SENTENCING HEARING 1

into account the exercise of due diligence.

  c) Defendant is currently on pre-trial release and has not had any issues/violations while on pre-trial release.  Defendant is currently employed.

  d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: January 17, 2020      McGREGOR W. SCOTT
                 United States Attorney

                 /s/ JEFFREY A. SPIVAK
                 JEFFREY A. SPIVAK
                 Assistant United States Attorney

Dated: January 17, 2020      /s/ Robert Lamanuzzi
                 Robert Lamanuzzi
                 Counsel for Defendant
                 ADOLFO MENDOZA
                 (as approved by email 1/17/2020)

**ORDER**

IT IS SO ORDERED.

 Dated: **January 21, 2020**    **/s/ Lawrence J. O'Neill**
                 UNITED STATES DISTRICT JUDGE