1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 17-CR-00198-LJO |
| 12                    Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| 13            v. | DATE: April 17, 2020 |
| 14  ADOLFO MENDOZA, | TIME: 8:30 a.m. |
| 15                    Defendant. | COURT: Hon. Lawrence J. O'Neill |

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for sentencing on April 17, 2020.

21      2.      By this stipulation, defendant now moves to continue the April 17, 2020 hearing to July

22  17, 2020.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      Counsel for defendant desires additional time to consult with his client, review the

25  current documents, conduct investigation and prepare himself and his client for the sentencing

26  hearing.

27          b)      Counsel for defendant believes that failure to grant the above-requested

28  continuance would deny him/her the reasonable time necessary for effective preparation, taking

1    into account the exercise of due diligence.

2            c)      Defendant is currently on pre-trial release and has not had any issues/violations

3    while on pre-trial release.  Defendant is currently employed.

4            d)      The government does not object to the continuance.

5        IT IS SO STIPULATED.

6

7    Dated:  March 18, 2020                          McGREGOR W. SCOTT
                                                     United States Attorney

8

9                                                    /s/ JEFFREY A. SPIVAK
                                                     JEFFREY A. SPIVAK
                                                     Assistant United States Attorney

10

11

12   Dated:  March 18, 2020                          /s/ Robert Lamanuzzi
                                                     Robert Lamanuzzi
                                                     Counsel for Defendant
13                                                   ADOLFO MENDOZA
                                                     (as approved by email 3/18/2020)
14

15

16

17                                    **ORDER**

18
     IT IS SO ORDERED.
19

20       Dated:   **March 19, 2020**            _____
                                                UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28