McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOLFO MENDOZA,<br><br>    Defendant. | CASE NO. 1:17-CR-00198-NONE-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>DATE: July 17, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 17, 2020 at 8:30 am.

2. By this stipulation, defendant now moves to continue the July 17, 2020 hearing February 26, 2021 at 8:30 am.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to consult with his client, review the current documents, conduct investigation and prepare himself and his client for the sentencing hearing.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

      c)    Defendant is currently on pre-trial release and has not had any issues/violations while on pre-trial release.  Defendant is currently employed.

      d)    The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  July 1, 2020

M<small>C</small>GREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  July 1, 2020

/s/ Robert Lamanuzzi
Robert Lamanuzzi
Counsel for Defendant
ADOLFO MENDOZA
(as approved by email 7/1/2020)

**ORDER**

IT IS SO ORDERED.

Dated:  __**July 1, 2020**__

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE